SO ORDERED.
SIGNED this 1st day of May, 2013

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

In re:

    Lamar McCoig                                         Case No. 12-33471
       Debtor                                              Chapter 13

## AGREED ORDER

By agreement between the Trustee and the Debtors through counsel and it appearing that claims filed in this case was higher than expected and the plan payments need to be increased to make the plan feasible.  It is

ORDERED that the Debtor shall commencing with the next payment in April, 2013 pay the sum of $409.00 semi-monthly (by wage order already in effect) to the Trustee until the plan is paid out. It is further

ORDERED that the Trustee's pending motion to dismiss is withdrawn at her request.

ENTER

###

Approved

_Gwendolyn M. Kerney_
Gwendolyn Kerney, Trustee, # 7280
P.O. Box 228
Knoxville, TN 37901
865-524-4995

/s/John H. Fowler 1831
112 Bruce Street
Sevierville, TN 37862
865-428-3196
Counsel for Debtor